**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**Case No. 3:26-cv-00050-CHB-LLK**

**HENRY BRYANT,**                                                   **PLAINTIFF**

**v.**

**THE PRUDENTIAL INSURANCE,**                                       **DEFENDANT**

## SCHEDULING ORDER

The Court conducted a telephonic scheduling conference on May 4, 2026.  Plaintiff was represented by Andrew Grabhorn. Defendant was represented by Julie Kamps.

Pursuant to Federal Rule of Civil Procedure 16, and in consideration of the Rule 26(f) Report, [DN 13], the following deadlines and conditions shall be observed in this action:

(a) Defendant shall produce the Administrative Record to Plaintiff on or before **June 1, 2026**.

(b) Defendant shall file the Administrative Record with the Court on or before **December 1, 2026**.

(c) Discovery, if any, shall be completed by **December 1, 2026**. Motions pertaining to unresolved discovery disputes may not be filed without first having a joint telephonic conference with the undersigned, which shall be scheduled by contacting Judge_King_Chambers@kywd.uscourts.gov.

(d) Plaintiff shall file a dispositive motion by **February 19, 2027**. Defendant's response/cross-motion shall be filed no later than **March 19, 2027**. Plaintiff's reply/response shall be filed by **April 16, 2027**. Defendant's reply shall be filed by **May 17, 2027**.

(e) Any motions to join additional parties or amend pleadings shall be filed no later than **July 15, 2026**

f.   Joint Status Report.  By no later than **September 15, 2026**, the parties **shall** file a joint status report with the Court that includes the progress of the case to date, the status of settlement negotiations, the parties' positions regarding the feasibility of resolution by mediation or settlement, and whether a telephonic status conference is needed.

g.   Modification of Schedule.  Modification of this schedule is unlikely and will occur only for good cause outside of moving counsel's control, demonstrated by the movant and supported with credible and reasonable justification.

May 27, 2026

**Lanny King, Magistrate Judge**
**United States District Court**

C: Counsel of Record;

P:0/12